AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California ▼

| | | |
|---|---|---|
| PATRICK ALLEN CANNAVAN, on behalf of himself and all others similarly situated | )<br>)<br>)<br>)<br>)<br>) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| COUNTY OF VENTURA, VENTURA COUNTY SHERIFF BILL AYUB, and DOES 1-10, INCLUSIVE | )<br>)<br>)<br>)<br>)<br>) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* COUNTY OF VENTURA
VENTURA COUNTY SHERIFF BILL AYUB

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
David S. McLane                           Brian A. Vogel
Kaye, McLane, Bedarski & Litt, LLP        The Law Offices of Brian A. Vogel, P.C.
975 E. Green Street                       770 County Square Drive., #104
Pasadena, CA 91106                        Ventura, CA 93003

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

                                                                                                        _____
                                                                                                        *Signature of Clerk or Deputy Clerk*