| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>David S. McLane, SBN 124952<br>dmclane@kmbllaw.com<br>KAYE, McLANE, BEDNARSKI & LITT, LLP<br>975 E. Green Street<br>Pasadena, CA 91106<br>Tel: (626) 844-7660 | CLEAR FORM |
| ATTORNEY(S) FOR: Plaintiff Patrick Allen Cannavan, et al. | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK ALLEN CANNAVAN, on behalf of himself and all others similarly situated<br>Plaintiff(s),<br>v.<br>COUNTY OF VENTURA, VENTURA COUNTY SHERIFF BILL AYUB, and DOES 1-10, INCLUSIVE<br>Defendant(s) | CASE NUMBER:<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for         PATRICK ALLEN CANNAVAN
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| PATRICK ALLEN CANNAVAN | PLAINTIFF |
| COUNTY OF VENTURA | DEFENDANT |
| VENTURA COUNTY SHERIFF BILL AYUB | DEFENDANT |

| | |
|---|---|
| October 30, 2020<br>Date | /s/ David S. McLane<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff Patrick Allen Cannavan, et al.