UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-10012 FMO (PVCx) | Date | January 10, 2022 |
|---|---|---|---|
| Title | Patrick Allen Cannavan v. County of Ventura, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Gabriela Garcia | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Sanctions or Dismissal

Pursuant to the Court's Order of January 26, 2021 ("Case Management Order"), the parties were required to complete a settlement conference before a private mediator no later than July 26, 2021. (See Dkt. 36, Case Management Order at 17). If the case settled, the parties were required to file a Notice of Settlement no later than 24 hours after settlement. (See id.). Otherwise, the parties were required to file a Status Report Re: Settlement no later than 48 hours after the settlement conference was complete. (See id.). The court subsequently granted three requests from the parties to extend the deadline to complete a settlement conference. (See Dkt. 55, Court's Order of July 14, 2021); (Dkt. 65, Court's Order of September 30, 2021); (Dkt. 70, Court's Order of November 29, 2021). The current deadline to complete a settlement conference was December 30, 2021. (See Dkt. 70, Court's Order of November 29, 2021).

As of the filing date of this Order, neither a Notice of Settlement nor a Status Report Re: Settlement has been filed. (See, generally, Dkt.). Accordingly, IT IS ORDERED THAT, no later than **January 18, 2022**, the parties shall show cause in writing why sanctions should not be imposed for failure to comply with the Court's Case Management Order and Order of November 29, 2021. **Failure to submit a response to this Order by the deadline set forth above may result in the imposition of sanctions and/or dismissal of this action for lack of prosecution.** See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002), cert. denied, 538 U.S. 909 (2003).

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | gga |