DAVID S. McLANE, State Bar No. 124952
E-mail: dmclane@mbllegal.com
McLANE, BEDNARSKI & LITT, LLP
975 East Green Street
Pasadena, California 91106
Telephone: (626) 844-7600
Facsimile: (626) 844-7670

BRIAN A. VOGEL, State Bar No. 167413
E-mail: brian@bvogel.com
THE LAW OFFICES OF
BRIAN A. VOGEL, PC
770 County Square Drive, Suite 104
Ventura, California 93003
Telephone: (805) 654-0400
Facsimile: (805) 654-0326

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK ALLEN CANNAVAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>COUNTY OF VENTURA, VENTURA COUNTY SHERIFF BILL AYUB, CECIL ARGUE, PATRICIA SALAS, ERIC DOWD, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO: 2:20-cv-10012-FMO (PVCx)<br><br>**JOINT NOTICE OF SETTLEMENT** |

TO THE HONORABLE COURT, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that Plaintiff PATRICK ALLEN CANNAVAN and Defendants COUNTY OF VENTURA, VENTURA COUNTY SHERIFF BILL AYUB, CECIL ARGUE, PATRICIA SALAS and ERIC DOWD (collectively, the "County Defendants"), by and through their respective attorneys of record, have reached a settlement in the above-entitled case as to Plaintiff's claims against the County Defendants. The Parties are finalizing a written agreement and will file a stipulation to vacate the provisional class certification and stipulation for dismissal of the entire matter pursuant to Rule 41, with prejudice, within the next 60 days.

The Parties respectfully request the Court vacate all pending dates and set an Order to Show Cause Re: Dismissal on or about June 22, 2022, should the matter not be fully resolved before then.

DATED: April 19, 2022     McLANE, BEDNARSKI & LITT, LLP

By  /s/  *David S. McLane*
DAVID S. McLANE
Attorneys for Plaintiffs

DATED: April 19, 2022     THE LAW OFFICES OF BRIAN A. VOGEL, PC

By  /s/ *Brian A. Vogel*
BRIAN A. VOGEL
Attorneys for Plaintiffs

DATED: April 19, 2022     By /s/ *Marina Porsche*
MARINA PORCHE
Assistant County Counsel
Attorneys for County Defendants

DATED: April 19, 2022     LAWRENCE BEACH ALLEN & CHOI, PC

By  /s/ *James S. Eicher, Jr.*
JAMES S. EICHER, JR
Attorneys for County Defendants