1  DAVID S. McLANE, State Bar No. 124952
2  E-mail:  dmclane@mbllegal.com
   McLANE, BEDNARSKI & LITT, LLP
3  975 East Green Street
4  Pasadena, California 91106
   Telephone: (626) 844-7600
5  Facsimile: (626) 844-7670

6
   BRIAN A. VOGEL, State Bar No. 167413
7  E-mail:  brian@bvogel.com
8  THE LAW OFFICES OF
   BRIAN A. VOGEL, PC
9  770 County Square Drive, Suite 104
   Ventura, California 93003
10 Telephone: (805) 654-0400
11 Facsimile: (805) 654-0326

12 Attorneys for Plaintiffs

13             **UNITED STATES DISTRICT COURT**

14             **CENTRAL DISTRICT OF CALIFORNIA**

15

16 PATRICK ALLEN CANNAVAN, on          CASE NO: 2:20-cv-10012-FMO (PVCx)
17 behalf of himself and all others
   similarly situated,
18                                      **JOINT STATUS REPORT RE**
19             Plaintiff,              **STATUS OF SETTLEMENT AND**
        v.                             **REQUEST TO EXTEND DATE OF**
20                                      **DISMISSAL OF ENTIRE ACTION**
21 COUNTY OF VENTURA,                  **WITH PREJUDICE BY 60 DAYS**
   VENTURA COUNTY SHERIFF
22 BILL AYUB, CECIL ARGUE,
23 PATRICIA SALAS, ERIC DOWD,
   and DOES 1-10, inclusive,
24
25             Defendants.

26

27

28

1      On April 19, 2022, Plaintiff notified the Court that a settlement agreement

2 had been reached between the parties in the case and requested that the Court set an

3 OSC Re Dismissal for approximately 60 days thereafter. (Dkt. 79) On April 25,

4 2022, the Court issued an Order dismissing the case but allowing the parties, upon

5 good cause shown, to re-open the action within 60 days from the Court's order if the

6 settlement is not consummated. (Dkt. 80)

7      The parties have made steady progress towards consummating the settlement.

8 A written settlement agreement has been finalized and is currently pending review

9 and approval by Plaintiff. Because Plaintiff is incarcerated, there are delays in

10 processing and delivery of his mail, but Plaintiff's counsel has confirmed that

11 Plaintiff is in receipt of the settlement agreement. Counsel for Plaintiff, David

12 McLane, will have to personally travel and meet with Mr. Cannavan to go over the

13 terms of the settlement, respond to any questions he may have, and to collect the

14 signed settlement agreement. Mr. McLane has been out of the country on a pre-

15 planned vacation for the past two weeks. Upon return, Mr. McLane tested positive

16 for Covid-19 and must now quarantine. As a result Mr. McLane will not be able to

17 meet with Plaintiff and the settlement cannot be finalized prior to the expiration of

18 the 60 day dismissal deadline set by the Court, which is June 24, 2022.

19      The Parties respectfully request the Court continue the current June 24, 2022

20 dismissal deadline for an additional 60 days to allow time for:  (1) Plaintiff to

21 review and sign the settlement agreement; and, (2) the parties to consummate

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28

1

JOINT STATUS REPORT RE STATUS OF SETTLEMEMT AND REQUEST TO EXTEND
DATE OF DISMISSALOF ENTIRE ACTION WITH PREJUDICE BY 60 DAYS

1  the settlement and file a stipulation to vacate the provisional class certification and

2  request dismissal of the entire action, with prejudice, pursuant to Rule 41.

3

4  DATED: June 24, 2022          McLANE, BEDNARSKI & LITT, LLP

5                               By   /s/   *David S. McLane*

6                                    DAVID S. McLANE
                                     Attorneys for Plaintiffs
7

8  DATED: June 24, 2022          THE LAW OFFICES OF BRIAN A. VOGEL, PC

9                               By  */s/ Brian A. Vogel*

10                                   BRIAN A. VOGEL
                                     Attorneys for Plaintiffs
11

12

13  DATED: June 24, 2022          By */s/ Emily Gardener*
                                     EMILY GARDNER
14                                   Principal Assistant County
                                     Counsel
15                                   Attorneys for County Defendants

16

17  DATED: June 24, 2022          LAWRENCE BEACH ALLEN & CHOI, PC

18                               By    */s/ James S. Eicher, Jr.*

19                                   JAMES S. EICHER, JR.
                                     Attorneys for County Defendants
20

21

22

23

24

25

26

27

28

JOINT STATUS REPORT RE STATUS OF SETTLEMEMT AND REQUEST TO EXTEND
DATE OF DISMISSALOF ENTIRE ACTION WITH PREJUDICE BY 60 DAYS