1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK ALLEN CANNAVAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF VENTURA, VENTURA COUNTY SHERIFF BILL AYUB, CECIL ARGUE, PATRICIA SALAS, ERIC DOWD, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO: 2:20-cv-10012-FMO (PVCx)<br><br>**ORDER RE JOINT REQUEST TO EXTEND DATE OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE BY 60 DAYS** |

GOOD CAUSE APPEARING, the parties' request to extend the date of dismissal of entire action by 60 days is hereby GRANTED.

The June 24, 2022 deadline is continued to August 23, 2022, to allow the parties additional time for: (1) Plaintiff to review and sign the settlement agreement; and, (2) the parties to consummate the settlement and file a stipulation to vacate the provisional class certification and request dismissal of the entire action, with prejudice, pursuant to Rule 41.

IT IS SO ORDERED.

DATED: July 20, 2022

/s/
_____
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

/ / /