# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK ALLEN CANNAVAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF VENTURA, VENTURA COUNTY SHERIFF BILL AYUB, CECIL ARGUE, PATRICIA SALAS, ERIC DOWD, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO: 2:20-cv-10012-FMO (PVCx)<br><br>**ORDER RE:**<br>**VACATE PROVISIONAL CLASS CERTIFICATION (DKT. 20)**<br><br>[Filed concurrently with stipulation to vacate provisional class certification] |

1 | Having considered the parties' stipulation and GOOD CAUSE APPEARING,
2 | the parties' stipulation to vacate the provisional class certification is hereby
3 | GRANTED.
4 | The provisional class certification order of November 1, 2020 (Dkt. 20) is
5 | now vacated.
6 |
7 | IT IS SO ORDERED.
8 |
9 | DATED: August 17, 2022          /s/
10 |                          HONORABLE FERNANDO M. OLGUIN
11 |                          UNITED STATES DISTRICT JUDGE

1

ORDER RE STIPULATION TO MODIFY SCHEDULING AND CASE MANAGEMENT ORDER DATES