PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JAMES S. EICHER, JR., State Bar No. 213796
jeicher@lbaclaw.com
ROCCO ZAMBITO, JR., State Bar No. 306115
rzambito@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
150 S. Los Robles Avenue, Suite 660
Pasadena, California 91101
Telephone No. (818) 545-1925

Attorneys for Defendants
County of Ventura, Ventura County Sheriff Bill Ayub, Cecil Argue, Patricia Salas and Eric Dowd

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK ALLEN CANNAVAN, etc., <br><br>Plaintiff, <br><br>v. <br><br>COUNTY OF VENTURA, VENTURA COUNTY SHERIFF BILL AYUB, CECIL ARGUE, PATRICIA SALAS, ERIC DOWD and DOES 1-10, inclusive, <br><br>Defendants. | Case No. 2:20-cv-10012-FMO (PVCx) <br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** <br><br>[FED. R. CIV. P. 41(a)(1)(A)(ii)] <br><br>[*[Proposed] Order lodged concurrently herewith*] |

1

1  IT IS HEREBY STIPULATED by and between Plaintiff PATRICK
2  ALLEN CANNAVAN and Defendants COUNTY OF VENTURA, VENTURA
3  COUNTY SHERIFF BILL AYUB, CECIL ARGUE, PATRICIA SALAS and
4  ERIC DOWD (collectively, the "County Defendants"), by and through their
5  respective attorneys of record, that the above-captioned action be and hereby is
6  dismissed in its entirety, with prejudice, with all parties to bear their own costs
7  and attorneys' fees, pursuant to Federal Rules of Civil Procedure, Rule
8  41(a)(1)(A)(ii).

10  IT IS SO STIPULATED.

12  DATED: September 2, 2022    McLANE, BEDNARSKI & LITT, LLP

13                              By  /s/ *David S. McLane*
14                                  DAVID S. McLANE
15                                  Attorneys for Plaintiffs

16  DATED: September 2, 2022    LAW OFFICES OF BRIAN A. VOGEL, PC

18                              By  /s/ *Brian A. Vogel*
19                                  BRIAN A. VOGEL
                                    Attorneys for Plaintiffs

20  DATED: September 2, 2022    By /s/ *Marina Porche*
21                                  MARINA PORCHE
22                                  Assistant County Counsel
                                    Attorneys for County Defendants
23
24  DATED: September 2, 2022    LAWRENCE BEACH ALLEN & CHOI, PC

25                              By  /s/ *James S. Eicher, Jr.*
26                                  JAMES S. EICHER, JR.
27                                  Attorneys for County Defendants
28