```
 1  PAUL B. BEACH, State Bar No. 166265
    pbeach@lbaclaw.com
 2  JAMES S. EICHER, JR., State Bar No. 213796
    jeicher@lbaclaw.com
 3  ROCCO ZAMBITO, JR., State Bar No. 306115
    rzambito@lbaclaw.com
 4  LAWRENCE BEACH ALLEN & CHOI, PC
    150 South Los Robles Avenue, Suite 660
 5  Pasadena, California 91101
    Telephone No. (818) 545-1925
 6
    Attorneys for Defendants
 7  County of Ventura, Ventura County Sheriff Bill Ayub, Cecil Argue, Patricia
    Salas and Eric Dowd
 8
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK ALLEN CANNAVAN, etc. | Case No. 2:20-cv-10012-FMO (PVCx) |
| Plaintiffs, | |
| vs. | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| COUNTY OF VENTURA, VENTURA COUNTY SHERIFF BILL AYUB, CECIL ARGUE, PATRICIA SALAS, ERIC DOWD and DOES 1-10, inclusive, | [FED. R. CIV. P. 41(a)(1)(A)(ii)] |
| Defendants. | [*[Proposed] Order lodged concurrently herewith*] |

1

1   IT IS HEREBY STIPULATED by and between Plaintiff PATRICK ALLEN CANNAVAN and Defendants COUNTY OF VENTURA, VENTURA COUNTY SHERIFF BILL AYUB, CECIL ARGUE, PATRICIA SALAS and ERIC DOWD (collectively, the "County Defendants"), by and through their respective attorneys of record, that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with all parties to bear their own costs and attorneys' fees, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), notwithstanding the terms of the parties' settlement agreement concerning attorney's fees payable to Plaintiff's counsel.

IT IS SO STIPULATED.

DATED: September 2, 2022     McLANE, BEDNARSKI & LITT, LLP

By  /s/  *David S. McLane*
    DAVID S. McLANE
    Attorneys for Plaintiffs

DATED: September 2, 2022     LAW OFFICES OF BRIAN A. VOGEL, PC

By /s/ *Brian A. Vogel*
    BRIAN A. VOGEL
    Attorneys for Plaintiffs

DATED: September 2, 2022     By /s/ *Marina Porche*
    MARINA PORCHE
    Assistant County Counsel
    Attorneys for County Defendants

DATED: September 2, 2022     LAWRENCE BEACH ALLEN & CHOI, PC

By  /s/ *James S. Eicher, Jr.*
    JAMES S. EICHER, JR.,
    Attorneys for County Defendants